ROBERT L. FORKNER (CSB#1066097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:   (209) 544–0200
Fax:             (209) 544-1860

Attorney for Defendant
NOEL CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                     )<br>           Plaintiff,                     )<br>                                                     )<br>      v.                                         )<br>                                                     )<br>NOEL CASTILLO,                      )<br>                                                     )<br>           Defendants.                 )<br>_____) | No. 1:09-cr-00104 LJO<br><br>**STIPULATION AND PROPOSED ORDER** (order slightly modified) |

Defendant NOEL CASTILLO, through his attorney ROBERT L. FORKNER, and the United States, through its counsel, Assistant United States Attorney KAREN A. ESCOBAR, hereby stipulate and request the following:

1. That the Court continue the status conference in the above-captioned case from September 25, 2009, to **October 9,  2009, at 9:00 a.m.**

2. The defense has requested the continuance in order to permit a complete review of the Government's plea offer with the defendant before further scheduling of this case.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from September 25, 2009 through October  9, 2009, for defense preparation under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

|                              | Respectfully submitted, |
|---|---|

Dated: September 17, 2009

/s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant
NOEL CASTILLO

Dated: September 17, 2009

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

## **ORDER**

For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the continuance and exclusion of time are in the interest of justice. The hearing, however, will be on October **8**, 2009 at 9 a.m. (Criminal calendar will be on the Thursday, and not the Friday that week).

IT IS SO ORDERED.

**Dated:   September 18, 2009         /s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

2