ROBERT L. FORKNER (CSB#1066097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:  (209) 544–0200
Fax:            (209) 544-1860

Attorney for Defendant
NOEL CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:09-cr-00104 LJO |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | Of DENIAL |
| v. ) | |
| NOEL CASTILLO, ) | |
| Defendants. ) | |

    Defendant NOEL CASTILLO, through his attorney ROBERT L. FORKNER, and the United States, through its counsel, Assistant United States Attorney KAREN A. ESCOBAR, hereby stipulate and request the following:

    1. That the Court continue the status conference in the above-captioned case from October 8, 2009, to **October 30, 2009, at 9:00 a.m.**

    2. The defense has requested the continuance in order to permit a complete review of the Government's plea offer with the defendant before further scheduling of this case.

    For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from October 8, 2009 through October 30, 2009, for defense preparation under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated: September 21, 2009

/s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant
NOEL CASTILLO

Dated: September 21, 2009

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

## **ORDER**

Good Cause has not been established to explain why there was not enough time to accomplish that requested from the last continuance until now.  The request is denied. IT IS SO ORDERED.

**Dated:    October 2, 2009            /s/ Lawrence J. O'Neill**
                                UNITED STATES DISTRICT JUDGE

2