ROBERT L. FORKNER (CSB#1066097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone: (209) 544–0200
Fax: (209) 544-1860

Attorney for Defendant
NOEL CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:09-cr-00104 LJO |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE SENTENCING** |
| v. ) | (Note date for sentencing) |
| ) | |
| NOEL CASTILLO, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Defendant NOEL CASTILLO, through his attorney ROBERT L. FORKNER, and the United States, through its counsel, Assistant United States Attorney KAREN A. ESCOBAR, hereby stipulate and request the following:

I. That the Court continue the sentencing in the above-captioned case from September 10, 2010, to **October 4, 2010, at 9:00 a.m.**

II. The defense has requested the continuance in order to permit Mr. Castillo's co-defendant to be sentenced first on September 30, 2010.  Further, the Defense counsel has three previously scheduled federal court appearances in Sacramento in the following matters: 1.) United States v. Wenceslao Rosales, Case No.: 2:09-cr-377 before the Honorable Judge Garland E. Burrell Jr., 2.) United States v. Jesus Barraza, Case No.: 2:08-cr-562 before the Honorable Judge Edward J. Garcia and 3.) United States v. Gerardo

Valencia-Revuelta, Case No.: 09-cr-381 before the Honorable Judge Edward J. Garcia.

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from September 10, 2010 through October 4, 2010, for defense preparation under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated: September 6, 2010

/s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant
NOEL CASTILLO

Dated: September 6, 2010

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

## **ORDER**

For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the continuance and exclusion of time are in the interest of justice. The matter is continued to FRIDAY, OCTOBER 8, 2010 at 9 a.m.

IT IS SO ORDERED.

**Dated:   September 9, 2010**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2