BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-cr-00104 LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION RE: |
| | ) | CONTINUANCE AND ORDER |
| NOEL CASTILLO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant NOEL CASTILLO, by and through his attorney, ROBERT FORKNER, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1.  The parties to the above-captioned matter agree to vacate the October 8, 2010, sentencing date and reset the matter for November 5, 2010, at 8:45 a.m.

2.  The parties stipulate that the continuance is necessitated by the unavailability of counsel for the government on that day.

1

1 | DATED: October 6, 2010                    Respectfully submitted,

2 |                                           BENJAMIN B. WAGNER
                                              United States Attorney
3 |
                                              By: /s/ Karen A. Escobar
4 |                                             KAREN A. ESCOBAR
                                              Assistant U.S. Attorney
5 |

6 |                                           /s/ Robert Forkner
                                              ROBERT FORKNER
7 |                                           Attorney for Defendant
                                              NOEL CASTILLO
8 |
                              O  R  D  E  R
9 |
         Having read and considered the foregoing stipulation,
10 |
    there exists good cause to continue the current sentencing date of
11 |
    October 8, 2010. The sentencing is reset for November 5, 2010, at
12 |
    8:45 a.m.
13 |
                              IT IS SO ORDERED.
14 |
    **Dated:    October 6, 2010              /s/ Lawrence J. O'Neill**
15 |                                    UNITED STATES DISTRICT JUDGE

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

                                     2