ROBERT L. FORKNER (CSB#1066097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:   (209) 544–0200
Fax:             (209) 544-1860

Attorney for Defendant
NOEL CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:09-cr-00104 LJO |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | |
| v. ) | |
| ) | |
| NOEL CASTILLO, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Defendant NOEL CASTILLO, through his attorney ROBERT L. FORKNER, and the United States, through its counsel, Assistant United States Attorney KAREN A. ESCOBAR, hereby stipulate and request the following:

I. That the Court continue the sentencing in the above-captioned case from November 5, 2010, to **January 14,  2011 at 9:00 a.m.**

II. The defense has requested the continuance in order to permit Mr. Castillo's co-defendant to be sentenced first on November 5, 2010.  Further, the Defense counsel has a seven defendant, in-custody preliminary hearing previously scheduled for November 5, 2010 at 1:30 p.m. in Tuolumne County, that has been changed to 10:00 a.m.

 For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from November 5, 2010

through January 14, 2011 for defense preparation under 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv) (local codes T2 and T4).

Respectfully submitted,

Dated: November 3, 2010

/s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant
NOEL CASTILLO

Dated: November 3, 2010

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

## **ORDER**

**IT IS SO ORDERED.**  For the reasons stated above, the Court finds that the needs of defense counsel to prepare outweigh the public and the defendants' interest in a speedy trial, and therefore the continuance and exclusion of time are in the interest of justice.

Dated:   November 3, 2010

 /s/ Lawrence J. O'Neill
Honorable Lawrence J. O'Neill
United States District Judge

2