BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>            Plaintiff,          )<br>     v.                         )<br>                                )<br> NOEL CASTILLO,                  )<br>                                )<br>                                )<br>            Defendant.          )<br>_____) | 1:09-cr-00104 LJO<br><br>STIPULATION RE:<br>CONTINUANCE AND ORDER |

   Defendant NOEL CASTILLO, by and through his attorney, ROBERT FORKNER, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

   1.  The parties to the above-captioned matter agree to vacate the January 14, 2011, sentencing date and reset the matter for March 11, 2011, at 9:0 a.m.

   2.  The parties stipulate that the continuance is necessitated to effectuate the terms of the plea agreement.

DATED: January 12, 2011                    Respectfully submitted,

                                           BENJAMIN B. WAGNER
                                           United States Attorney

                                           By: /s/ Karen A. Escobar
                                              KAREN A. ESCOBAR
                                              Assistant U.S. Attorney

1

/s/ Robert Forkner
ROBERT FORKNER
Attorney for Defendant
NOEL CASTILLO

O R D E R

Having read and considered the foregoing stipulation, the current sentencing date of January 14, 2011, is hereby vacated and is reset for March 11, 2011, at 9:00 a.m. Good cause exists.

IT IS SO ORDERED.

**Dated:   January 12, 2011**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

2