ROBERT L. FORKNER (CSB#166097)
Law Offices of Robert L. Forkner
722 Thirteenth Street
Modesto, CA 95354
Telephone:   (209) 544–0200
Fax:         (209) 544-1860

Attorney for Defendant
NOEL CASTILLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:09-cr-00104 LJO |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| v. ) | |
| NOEL CASTILLO, ) | |
| Defendants. ) | |
| _____ ) | |

Defendant NOEL CASTILLO, through his attorney ROBERT L. FORKNER, and the United States, through its counsel, Assistant United States Attorney KAREN A. ESCOBAR, hereby stipulate and request the following:

1. That the Court continue the sentencing in the above-captioned case from August 26, 2011, to **September 23, 2011, at 9:00 a.m.**

2. The defense has requested the continuance due to his unavailability and to allow the defendant to resolve and finalize personal matters before he is sentenced and transported to a Federal Prison.

Respectfully submitted,

Dated: September 17, 2009

/s/ Robert L. Forkner
ROBERT L. FORKNER
Attorney for Defendant
NOEL CASTILLO

Dated: September 17, 2009

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

## **ORDER**

Good Cause exists for the request and stipulation to continue.

IT IS SO ORDERED.

**Dated:   August 12, 2011**          /s/ **Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

2